CLS
10/15/21

FILED

2021 OCT 15 A 8:56

[illegible]

my

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

Yu Lin WU,

                Defendant.

Case No.   **21MJ8848**

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1326
Deported Alien Found In the United States
(Felony)

The undersigned complainant being duly sworn states:

On or about October 14, 2021, within the Southern District of California, defendant, Yu Lin WU, an alien, who previously had been excluded, deported and removed from the United States to China was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

1   And the complainant states this complaint is based on the attached Statement of Facts,

2   which is incorporated herein by reference.

3

4

5

6   JUAN SUAREZ
    BORDER PATROL AGENT

7

8   Sworn and attested to under oath by telephone, in accordance with Federal Rule of

9   Criminal Procedure 4.1, this 15th day of October, 2021.

10

11   HON. RUTH BERMUDEZ MONTENEGRO

12   U.S. MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**1** UNITED STATES OF AMERICA

**2** Yu Lin WU

**3**

**4**

**5**

**6**

**7**

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

v.

### STATEMENT OF FACTS

The complainant states that this Complaint and Statement of Facts are based upon the investigative report of Border Patrol Agent (BPA) E. Echeverria that defendant, Yu Lin WU, was found in the United States and was arrested on October 14, 2021, in Calexico, California.

On October 14, 2021, BPA C. Osuna was conducting linewatch duties approximately 18 miles east of the Calexico, California West Port of Entry.  This area consists of open desert terrain.  The All-American Canal (AAC) runs in an east to west direction and lies approximately 1.1 miles north of the United States/Mexico International Boundary Fence (IBF).  Highway 98 runs in an east to west direction and lies approximately 1.8 miles north of the IBF.  Aliens frequently use this area to illegally enter into the United States due to its seclusion, as well as its lack of vehicular and pedestrian traffic.  Aliens will attempt to make their way to Highway 98 where they will frequently board vehicles driven by smugglers in an attempt to further their entry into the United States.

During the couse of BPA Osuna's duties, RVSS (Remote Video Surveillance System) operators informed BPA's regarding a remote camera activation which indicated that  individuals had made a suspected illegal entry into the United States.  RVSS operators informed BPA Osuna that the individuals were walking north from the International Boundary (IB). BPA Osuna responded to the area, began to track footsign or foot prints

and encountered the individuals approximately 1 mile north of the United States/Mexico International Boundary. One of the subjects was later identified as Yu Lin WU. BPA Osuna approached the individuals and identified himself as a BPA, and questioned the subjects as to their citizenship. Agent Osuna ascertained through questioning that Wu is a citizen and national of China without immigration documents to enter, live, or work in the United States legally. Wu admitted he knew it was illegal to enter the United States in the method he did. At approximately 7:38 p.m., BPA Osuna placed WU under arrest for being illegally present in the United States.

Record checks revealed WU was ordered removed from the United States by an Immigration Judge on September 22, 2010. WU was subsequently removed from the United States to China on July 29, 2011 through Newark, New Jersey.

Record checks revealed there is no evidence showing WU has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.